U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 23 2009

TONY R. MO___, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| BARRY LACURIS RIDEOUT | CIVIL ACTION NO. 08-1864-P |
| VERSUS | JUDGE STAGG |
| WARDEN STEVE RADER | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of <u>habeas corpus</u> is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies and his motion to stay is **DENIED**.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 22 day of October 2009.

TOM STAGG
UNITED STATES DISTRICT JUDGE